IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
    v.                       )        2:17cr387-MHT
                             )            (WO)
MARCUS ANTIONE HOPKINS,      )
JR.                          )
```

ORDER

Upon consideration of defendant Marcus Antione Hopkins, Jr.'s petition for early termination of supervised release (Doc. 83), it is ORDERED that the motion is denied.  Under 18 U.S.C. § 3583(e)(1), the court has authority to terminate a defendant's term of supervised release *only* "after the expiration of one year of supervised release."  While defendant Hopkins has done well on supervised release so far, the court cannot terminate his supervised release early because he has not completed one year of supervised release.  And, in any event, the court believes that Hopkins

needs to be on supervised release for at least a year before his performance can be adequately assessed.

DONE, this the 10th day of August, 2022.

                                         /s/ Myron H. Thompson  
                                 UNITED STATES DISTRICT JUDGE